

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY LASHAWN JOHNSON | CIVIL ACTION |
| VERSUS | NO. 00-0220 |
| MORGAN CITY JAIL, ET AL | SECTION "B" (4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff's § 1983 claims against the **Morgan City Jail and St. Mary Parish** be **DISMISSED WITH PREJUDICE** as legally frivolous.

**IT IS FURTHERED ORDERED** that the plaintiff's § 1983 claim against Judge Kim Stansbury be **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c).

New Orleans, Louisiana, this 24th day of May, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 2 5 2000