UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY LASHAWN JOHNSON | CIVIL ACTION |
| VERSUS | NO. 00-0220 |
| MORGAN CITY JAIL ET AL | SECTION "B" (4) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

(1) That there be judgment against the plaintiff, Johnson, and in favor of the defendants, **Morgan City Jail and St. Mary Parish, DISMISSING WITH PREJUDICE** the claims as legally frivolous.

(2) That there be judgment against the plaintiff, Johnson, and in favor of the defendant, **Judge Kim Stansbury, DISMISSING WITH PREJUDICE** the claims as legally frivolous and/or for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c).

New Orleans, Louisiana, this _____ day of _____ 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 25 2000